UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ABDULLAH HAMID THOMAS ANGEL SALAS,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, et al.,<br><br>Respondents. | Case No.  25-cv-07254-JD<br><br>**ORDER RE DISMISSAL** |

Petitioner, a former detainee, filed a habeas petition.  Court mail that the Clerk sent to petitioner at his last known addresses was returned as undeliverable because he was released from custody.  Dkt. No. 6.  Petitioner has not provided a current mailing address.  More than sixty days have passed since the mail was returned.  This case is dismissed without prejudice.  *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____

JAMES DONATO
United States District Judge